IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TORACE ROBINSON,

    Petitioner,

vs.                                        CASE NO. 5:06cv200/RS

JAMES R. McDONOUGH,

    Respondent.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 9). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is dismissed without prejudice for Petitioner's failure to comply with an order of the court.

3. The clerk is directed to close the file.

ORDERED on February 14, 2007.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**